# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| HAKEEM RAPHAEL ABDULLAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:21-CV-195-RLJ-HBG |
| ) | |
| RONALD L. SEALS, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, Respondent's amended motion to dismiss this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [Doc. 15] is **GRANTED**, Respondent's original motion to dismiss this action [Doc. 10] is **DENIED as moot**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT